The petition for the license did not contain the allegation that the applicant is a man of respectable character and standing and a resident of this state. The statute expressly requires this allegation in the petition. Rev. St. 1913, sec. 3844. It has been many times held by this court that the petition is jurisdictional, and that it must contain all of the allegations provided by the statute. *State v. County Commissioners,* 12 Neb. 54; *Steinkraus v. Hurlbert,* 20 Neb. 519; *Maxwell v. Reisdorf,* 90 Neb. 374. See, also, 23 Cyc. 125. The rule is perhaps technical, but it has been so long recognized as the rule in this state that to depart from it now would be legislation.

For these reasons, the judgment of the district court is reversed and the cause remanded, with directions to cause the license to be canceled.

REVERSED.

LETTON, ROSE and FAWCETT, JJ., not sitting.

JOHN EYRE ET AL., APPELLANTS, V. ANDREW FREY, APPELLEE.

FILED JANUARY 2, 1915. No. 18,700.

APPEAL from the district court for Nuckolls county: LESLIE G. HURD, JUDGE. *Reversed with directions.*

*A. G. Wolfenbarger, R. M. Proudfit, J. H. Agee, S. R. Buck* and *H. S. Lower,* for appellants.

*Bernard McNeny, contra.*

SEDGWICK, J.

The proceedings in this case involve the same ordinances considered in *Eyre v. Doerr, ante,* p. 562. There is the same objection to the published notice, and other similar questions raised. For the reasons stated in that case, the

judgment of the district court is reversed and the cause remanded, with directions to cause the license to be canceled.

REVERSED.

LETTON, ROSE and FAWCETT, JJ., not sitting.

---

JOHN EYRE ET AL., APPELLANTS, v. CHARLES F. ABBOTT, APPELLEE.

FILED JANUARY 2, 1915.   No. 18,702.

APPEAL from the district court for Nuckolls county: LESLIE G. HURD, JUDGE. *Reversed with directions.*

. *A. G. Wolfenbarger, R. M. Proudfit, J. H. Agee, S. R. Buck* and *H. S. Lower,* for appellants.

*Bernard McNeny, contra.*

SEDGWICK, J.

The proceedings in this case involve the same ordinances considered in *Eyre v. Doerr, ante,* p. 562. There is the same objection to the published notice, and other similar questions raised. For the reasons stated in that case, the judgment of the district court is reversed and the cause remanded, with directions to cause the license to be canceled.

REVERSED.

LETTON, ROSE and FAWCETT, JJ., not sitting.